# Earnings Statement



| Company Code | Loc/Dept | Number |
|---|---|---|
| RK / WCG 21122873 | 01/ | 28146 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Period Starting:   10/21/2017
Period Ending:    10/27/2017
Pay Date:         11/03/2017

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
  Federal:   0           Federal:
  State:     0           State:
  Local:     0           Local:
Social Security Number:   XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.2500 | 34.63 | 320.33 | 15218.00 |
| Overtime | | | 0.00 | 898.75 |
| **Gross Pay** | | | **$320.33** | **$16,116.75** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -32.45 | 1731.09 |
| Social Security | -19.86 | 999.24 |
| Medicare | -4.64 | 233.69 |
| Pennsylvania State Income | -9.83 | 494.77 |
| Pennsylvania State UI | -0.22 | 11.28 |
| Phila R Local Income | -12.46 | 627.97 |
| **Net Pay** | | **$240.87** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 34.63 | 1733.47 |
| Cash Payment | | 240.87 |

Your federal taxable wages this period are  $320.33

© 1998, 2006, ADP, LLC  All Rights Reserved.

◄ TEAR HERE

**Earnings Statement**

ADP®

| Company Code | Loc/Dept | Number | Document |
|---|---|---|---|
| RK / WCG 21122873 | 01/ | 28268 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Period Starting:    11/04/2017
Period Ending:     11/10/2017
Pay Date:            11/17/2017

Taxable Marital Status:    Single
Exemptions/Allowances:         Tax Override:
  Federal:    0           Federal:
  State:      0           State:
  Local:      0           Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 15968.00 |
| Overtime | 14.2500 | 2.75 | 39.19 | 986.50 |
| **Gross Pay** | | | **$419.19** | $16,954.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.28 | 1825.55 |
| Social Security | -25.99 | 1051.18 |
| Medicare | -6.08 | 245.84 |
| Pennsylvania State Income | -12.87 | 520.49 |
| Pennsylvania State UI | -0.29 | 11.87 |
| Phila R Local Income | -16.31 | 660.56 |
| **Net Pay** | | **$310.37** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.75 | 1819.72 |
| Cash Payment | | 310.37 |

Your federal taxable wages this period are  $419.19

© 1998, 2006, ADP, LLC  All Rights Reserved.
TEAR HERE

02377

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / WCG 21122873 | 01/ | 28318 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

## Earnings Statement

**ADP®**

Period Starting:    11/11/2017
Period Ending:     11/17/2017
Pay Date:          11/24/2017

Taxable Marital Status:    Single
Exemptions/Allowances:        Tax Override:
   Federal:    0              Federal:
   State:      0              State:
   Local:      0              Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
531 N Simpson St
Phila, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 37.52 | 356.44 | 16324.44 |
| Overtime | | | 0.00 | 986.50 |
| **Gross Pay** | | | **$356.44** | **$17,310.94** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -37.87 | 1863.42 |
| Social Security | -22.10 | 1073.22 |
| Medicare | -5.17 | 251.01 |
| Pennsylvania State Income | -10.94 | 531.43 |
| Pennsylvania State UI | -0.25 | 12.12 |
| Phila R Local Income | -13.87 | 674.43 |
| **Net Pay** | | **$266.24** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 37.52 | 1857.24 |
| Cash Payment | | 266.24 |

© 1998, 2006, ADP, LLC. All Rights Reserved.

▼TEAR HERE

Your federal taxable wages this period are  $356.44

01855
**Company Code**      Loc/Dept   Number   Page
RK / WCG 21122873  01/         28421     1 of 1
COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

**Earnings Statement**

Period Starting:     11/18/2017
Period Ending:       11/24/2017
Pay Date:            12/01/2017

Taxable Marital Status:    Single
Exemptions/Allowances:          Tax Override:
  Federal:    0                   Federal:
  State:      0                   State:
  Local:      0                   Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 34.90 | 331.55 | 16655.99 |
| Overtime | | | 0.00 | 986.50 |
| **Gross Pay** | | | **$331.55** | **$17,642.49** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -34.13 | 1897.55 |
| Social Security | -20.55 | 1093.83 |
| Medicare | -4.81 | 255.82 |
| Pennsylvania State Income | -10.18 | 541.61 |
| Pennsylvania State UI | -0.23 | 12.35 |
| Phila R Local Income | -12.90 | 687.33 |
| **Net Pay** | | **$248.75** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 34.90 | 1892.14 |
| Cash Payment | | 248.75 |

© 1998, 2006, ADP, LLC. All Rights Reserved.

Your federal taxable wages this period are  $331.55

02151

**Company Code**    **Loc/Dept**    **Number Page**
RK / WCG 21122873   01/    28486   1 of 1

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

## Earnings Statement

**ADP**®

Period Starting:    11/25/2017
Period Ending:    12/01/2017
Pay Date:    12/08/2017

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
     Federal:    0      Federal:
     State:    0      State:
     Local:    0      Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 35.13 | 333.74 | 16989.73 |
| Overtime | | | 0.00 | 986.50 |
| **Gross Pay** | | | **$333.74** | **$17,976.23** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -34.46 | 1932.01 |
| Social Security | -20.70 | 1114.53 |
| Medicare | -4.84 | 260.66 |
| Pennsylvania State Income | -10.25 | 551.86 |
| Pennsylvania State UI | -0.23 | 12.58 |
| Phila R Local Income | -12.98 | 700.31 |
| **Net Pay** | **$250.28** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 35.13 | 1927.27 |
| Cash Payment | | 250.28 |

© 1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE ▼

Your federal taxable wages this period are $333.74

01910
Company Code    Loc/Dept    Number    **Earnings Statement**
RK / WCG 21122873  01/     28573    1 of 1



COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Period Starting:     12/02/2017
Period Ending:      12/08/2017
Pay Date:            12/15/2017

Taxable Marital Status:    Single
Exemptions/Allowances:              Tax Override:
    Federal:      0             Federal:
    State:        0             State:
    Local:        0             Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 17369.73 |
| Overtime | 14.2500 | 2.65 | 37.76 | 1024.26 |
| **Gross Pay** | | | **$417.76** | $18,393.99 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.06 | 1979.07 |
| Social Security | -25.90 | 1140.43 |
| Medicare | -6.05 | 266.71 |
| Pennsylvania State Income | -12.83 | 564.69 |
| Pennsylvania State UI | -0.30 | 12.88 |
| Phila R Local Income | -16.25 | 716.56 |
| **Net Pay** | **$309.37** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.65 | 1969.92 |
| Cash Payment | | 309.37 |

Your federal taxable wages this period are  $417.76

© 1998, 2006, ADP, LLC  All Rights Reserved.

▼TEAR HERE

01697

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / WCG 21122873 | 01/ | 28665 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

## Earnings Statement

ADP

| | |
|---|---|
| Period Starting: | 12/09/2017 |
| Period Ending: | 12/15/2017 |
| Pay Date: | 12/22/2017 |

Taxable Marital Status:      Single
Exemptions/Allowances:          Tax Override:
   Federal:    0          Federal:
   State:      0          State:
   Local:      0          Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 17749.73 |
| Overtime | 14.2500 | 2.63 | 37.48 | 1061.74 |
| **Gross Pay** | | | **$417.48** | **$18,811.47** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.02 | 2026.09 |
| Social Security | -25.88 | 1166.31 |
| Medicare | -6.06 | 272.77 |
| Pennsylvania State Income | -12.82 | 577.51 |
| Pennsylvania State UI | -0.29 | 13.17 |
| Phila R Local Income | -16.24 | 732.80 |
| **Net Pay** | | **$309.17** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.63 | 2012.55 |
| Cash Payment | | 309.17 |

Your federal taxable wages this period are  $417.48

© 1998, 2006, ADP, LLC  All Rights Reserved.

◀ TEAR HERE

02222

**Company Code** | Loc/Dept | Number | Page
RK / WCG 21122873 01/ | 28859 | 1 of 1

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

## Earnings Statement

**ADP**®

Period Starting:     12/30/2017
Period Ending:       01/05/2018
Pay Date:            01/12/2018

Taxable Marital Status:     Single
Exemptions/Allowances:              Tax Override:
Federal:    0               Federal:
State:      0               State:
Local:      0               Local:
Social Security Number:     XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|----------|------|-------------|-------------|--------------|
| Regular | 9.5000 | 40.00 | 380.00 | 739.86 |
| Overtime | 14.2500 | 3.43 | 48.88 | 48.88 |
| **Gross Pay** | | | **$428.88** | $788.74 |

| Statutory Deductions | this period | year to date |
|----------------------|-------------|--------------|
| Federal Income | -48.73 | 87.11 |
| Social Security | -26.59 | 48.90 |
| Medicare | -6.22 | 11.44 |
| Pennsylvania State Income | -13.17 | 24.22 |
| Pennsylvania State UI | -0.25 | 0.47 |
| Phila R Local Income | -16.69 | 30.69 |
| **Net Pay** | | **$317.23** |

| Other Benefits and Information | this period | year to date |
|--------------------------------|-------------|--------------|
| Total Hours Worked | 43.43 | 81.31 |
| Cash Payment | | 317.23 |

Your federal taxable wages this period are  $428.88

© 1998, 2006, ADP, LLC  All Rights Reserved.

TEAR HERE

01179

**Earnings Statement**

**ADP®**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / WCG 21122873 | 01/ | 28917 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Period Starting:   01/06/2018
Period Ending:    01/12/2018
Pay Date:            01/19/2018

Taxable Marital Status:   Single
Exemptions/Allowances:      Tax Override:
  Federal:   0           Federal:
  State:      0           State:
  Local:      0           Local:
Social Security Number:   XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 1119.86 |
| Overtime | 14.2500 | 3.55 | 50.59 | 99.47 |
| **Gross Pay** | | | **$430.59** | **$1,219.33** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -48.99 | 136.10 |
| Social Security | -26.70 | 75.60 |
| Medicare | -6.24 | 17.68 |
| Pennsylvania State Income | -13.22 | 37.44 |
| Pennsylvania State UI | -0.26 | 0.73 |
| Phila R Local Income | -16.75 | 47.44 |
| **Net Pay** | **$318.43** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 43.55 | 124.86 |
| Cash Payment | | 318.43 |

Your federal taxable wages this period are  $430.59

© 1999-2005  ADP, LLC  All Rights Reserved

02103

| Company Code | Loc/Dept | Number | Page | **Earnings Statement** |
| RK / WCG 21122873 | 01/ | 28992 | 1 of 1 | |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

**ADP**

| | |
|---|---|
| Period Starting: | 01/13/2018 |
| Period Ending: | 01/19/2018 |
| Pay Date: | 01/26/2018 |

Taxable Marital Status:    Single
Exemptions/Allowances:      Tax Override:
   Federal:    0       Federal:
   State:      0       State:
   Local:      0       Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 38.83 | 368.89 | 1488.75 |
| Overtime | | | 0.00 | 99.47 |
| **Gross Pay** | | | **$368.89** | **$1,588.22** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -32.06 | 168.16 |
| Social Security | -22.87 | 98.47 |
| Medicare | -5.35 | 23.03 |
| Pennsylvania State Income | -11.32 | 48.76 |
| Pennsylvania State UI | -0.22 | 0.95 |
| Phila R Local Income | -14.35 | 61.79 |
| **Net Pay** | | **$282.72** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 38.83 | 163.69 |
| Cash Payment | | 282.72 |

© 1998, 2006, ADP, LLC. All Rights Reserved.

Your federal taxable wages this period are  $368.89

TEAR HERE

01773
**Company Code**   **Loc/Dept**   **Number**   **Page**
RK / WCG 21122873  01/            29106        1 of 1
COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

**Earnings Statement**

ADP®

Period Starting:   01/20/2018
Period Ending:     01/26/2018
Pay Date:          02/02/2018

Taxable Marital Status:   Single
Exemptions/Allowances:            Tax Override:
    Federal:   0                    Federal:
    State:     0                    State:
    Local:     0                    Local:
Social Security Number:   XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 1868.75 |
| Overtime | 14.2500 | 0.80 | 11.40 | 110.87 |
| **Gross Pay** | | | **$391.40** | **$1,979.62** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -34.77 | 202.93 |
| Social Security | -24.27 | 122.74 |
| Medicare | -5.67 | 28.70 |
| Pennsylvania State Income | -12.02 | 60.78 |
| Pennsylvania State UI | -0.24 | 1.19 |
| Phila R Local Income | -15.23 | 77.02 |
| **Net Pay** | | **$299.20** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.80 | 204.49 |
| Cash Payment | | 299.20 |

© 1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

Your federal taxable wages this period are $391.40

02084

| Company Code | Loc/Dept | Number Dept | 1 of 1 |
| RK / WCG 21122873 | 01/ | 29154 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

## Earnings Statement



Period Starting:     01/27/2018
Period Ending:      02/02/2018
Pay Date:           02/09/2018

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
    Federal:    0        Federal:
    State:      0        State:
    Local:      0        Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 2248.75 |
| Overtime | 14.2500 | 2.65 | 37.76 | 148.63 |
| **Gross Pay** | | | **$417.76** | **$2,397.38** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -37.93 | 240.86 |
| Social Security | -25.90 | 148.64 |
| Medicare | -6.06 | 34.76 |
| Pennsylvania State Income | -12.83 | 73.61 |
| Pennsylvania State UI | -0.25 | 1.44 |
| Phila R Local Income | -16.25 | 93.27 |
| **Net Pay** | | **$318.54** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.65 | 247.14 |
| Cash Payment | | 318.54 |

© 1998, 2006. ADP, LLC. All Rights Reserved.

Your federal taxable wages this period are  $417.76

▼ TEAR HERE

**Company Code    Loc/Dept    Number   Page**
RK / WCG 21122873  01/   29224    1 of 1

**Earnings Statement**                    ADP

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Period Starting:    02/03/2018
Period Ending:     02/09/2018
Pay Date:           02/16/2018

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne
531 N Simpson St
Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 2628.75 |
| Overtime | 14.2500 | 0.17 | 2.42 | 151.05 |
| **Gross Pay** | | | **$382.42** | **$2,779.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -33.69 | 274.55 |
| Social Security | -23.71 | 172.35 |
| Medicare | -5.55 | 40.31 |
| Pennsylvania State Income | -11.74 | 85.35 |
| Pennsylvania State UI | -0.23 | 1.67 |
| Phila R Local Income | -14.88 | 108.15 |
| **Net Pay** | | **$292.62** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.17 | 287.31 |
| Cash Payment | | 292.62 |

Your federal taxable wages this period are  $382.42

© 1998, 2006, ADP, LLC   All Rights Reserved.

TEAR HERE

## Earnings Statement

**ADP**

Company Code
RK / WCG 21122873
COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Loc/Dept
01/

Number
29275    1 of 1

| Period Starting: | 02/10/2018 |
| Period Ending: | 02/16/2018 |
| Pay Date: | 02/23/2018 |

Taxable Marital Status:    Single
Exemptions/Allowances:          Tax Override:
   Federal:    0           Federal:
   State:      0           State:
   Local:      0           Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 3008.75 |
| Overtime | 14.2500 | 2.63 | 37.48 | 188.53 |
| **Gross Pay** | | | **$417.48** | **$3,197.28** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -37.90 | 312.45 |
| Social Security | -25.88 | 198.23 |
| Medicare | -6.05 | 46.36 |
| Pennsylvania State Income | -12.82 | 98.17 |
| Pennsylvania State UI | -0.25 | 1.92 |
| Phila R Local Income | -16.24 | 124.39 |
| **Net Pay** | **$318.34** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.63 | 329.94 |
| Cash Payment | | 318.34 |

Your federal taxable wages this period are  $417.48

© 1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE ▼

20226
**Company Code**
RK / WCG 21122873

**Loc/Dept**
01/

Number
29363

Page
1 of 1

# Earnings Statement

**ADP**

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

| | |
|---|---|
| Period Starting: | 02/17/2018 |
| Period Ending: | 02/23/2018 |
| Pay Date: | 03/02/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
Federal:   0      Federal:
State:   0      State:
Local:   0      Local:
Social Security Number:  XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 21.48 | 204.06 | 3212.81 |
| Overtime | | | 0.00 | 188.53 |

| **Gross Pay** | | | **$204.06** | $3,401.34 |
|---|---|---|---|---|

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -13.29 | 325.74 |
| Social Security | -12.65 | 210.88 |
| Medicare | -2.96 | 49.32 |
| Pennsylvania State Income | -6.26 | 104.43 |
| Pennsylvania State UI | -0.12 | 2.04 |
| Phila R Local Income | -7.94 | 132.33 |

| **Net Pay** | **$160.84** |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 21.48 | 351.42 |
| | | |
| Cash Payment | | 160.84 |

Your federal taxable wages this period are  $204.06

© 1998, 2006, ADP, LLC  All Rights Reserved.

TEAR HERE

**Company Code** | **Loc/Dept** | **Number**
RK / WCG 21122873 | 01/ | 29432   1 of 1

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

# Earnings Statement

ADP

| | |
|---|---|
| Period Starting: | 02/24/2018 |
| Period Ending: | 03/02/2018 |
| Pay Date: | 03/09/2018 |

Taxable Marital Status:     Single
Exemptions/Allowances:                Tax Override:
    Federal:      0           Federal:
    State:        0           State:
    Local:        0           Local:
Social Security Number:     XXX-XX-XXXX

Winston G Osbourne
531 N Simpson St
Phila, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 12.77 | 121.32 | 3334.13 |
| Overtime | | | 0.00 | 188.53 |
| | | | | |
| **Gross Pay** | | | **$121.32** | **$3,522.66** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −5.02 | 330.76 |
| Social Security | −7.52 | 218.40 |
| Medicare | −1.76 | 51.08 |
| Pennsylvania State Income | −3.72 | 108.15 |
| Pennsylvania State UI | −0.07 | 2.11 |
| Phila R Local Income | −4.72 | 137.05 |
| | | |
| **Net Pay** | | **$98.51** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 12.77 | 364.19 |
| | | |
| Cash Payment | | 98.51 |

Your federal taxable wages this period are  $121.32

© 1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

| Company Code | Loc/Dept | Number |
|---|---|---|
| RK / WCG 21122873 | 01/ | 29517 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

**Earnings Statement**

ADP

| | |
|---|---|
| Period Starting: | 03/03/2018 |
| Period Ending: | 03/09/2018 |
| Pay Date: | 03/16/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:      0      Federal:
  State:      0      State:
  Local:      0      Local:
Social Security Number:   XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 3714.13 |
| Overtime | 14.2500 | 1.40 | 19.95 | 208.48 |
| **Gross Pay** | | | **$399.95** | $3,922.61 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -35.79 | 366.55 |
| Social Security | -24.80 | 243.20 |
| Medicare | -5.80 | 56.88 |
| Pennsylvania State Income | -12.28 | 120.43 |
| Pennsylvania State UI | -0.24 | 2.35 |
| Phila R Local Income | -15.56 | 152.61 |
| **Net Pay** | | **$305.48** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.40 | 405.59 |
| Cash Payment | | 305.48 |

© 1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

Your federal taxable wages this period are  $399.95

01489
**Company Code**  **Loc/Dept**  Number  Page
RK / WCG 21122873  01/  29562  1 of 1
COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

# Earnings Statement

Period Starting:   03/10/2018
Period Ending:    03/16/2018
Pay Date:          03/23/2018

Taxable Marital Status:  Single
Exemptions/Allowances:     Tax Override:
  Federal:    0          Federal:
  State:      0          State:
  Local:      0          Local:
Social Security Number:  XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 4094.13 |
| Overtime | 14.2500 | 1.40 | 19.95 | 228.43 |
| **Gross Pay** | | | **$399.95** | **$4,322.56** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.40 | 446.99 |
| Cash Payment | | 305.48 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -35.79 | 402.34 |
| Social Security | -24.80 | 268.00 |
| Medicare | -5.80 | 62.68 |
| Pennsylvania State Income | -12.28 | 132.71 |
| Pennsylvania State UI | -0.24 | 2.59 |
| Phila R Local Income | -15.56 | 168.17 |
| **Net Pay** | **$305.48** | |

Your federal taxable wages this period are  $399.95

© 1998, 2006, ADP, LLC  All Rights Reserved.

◄ TEAR HERE

**Earnings Statement**

**ADP**

| Company Code | Loc/Dept | No | Document |
|---|---|---|---|
| RK / WCG 21122873 | 01/ | 29713 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

| | |
|---|---|
| Period Starting: | 03/24/2018 |
| Period Ending: | 03/30/2018 |
| Pay Date: | 04/06/2018 |

Taxable Marital Status:  Single
Exemptions/Allowances:          Tax Override:
   Federal:  0          Federal:
   State:  0          State:
   Local:  0          Local:
Social Security Number:   XXX-XX-XXXX

Winston G Osbourne
531 N Simpson St
Phila, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 35.72 | 339.34 | 4813.47 |
| Overtime | | | 0.00 | 262.63 |

| Gross Pay | | | $339.34 | $5,076.10 |
|---|---|---|---|---|

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -28.52 | 468.36 |
| Social Security | -21.04 | 314.72 |
| Medicare | -4.92 | 73.60 |
| Pennsylvania State Income | -10.42 | 155.85 |
| Pennsylvania State UI | -0.20 | 3.04 |
| Phila R Local Income | -13.20 | 197.49 |

| Net Pay | | $261.04 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 35.72 | 525.11 |
| | | |
| Cash Payment | | 261.04 |

Your federal taxable wages this period are  $339.34

© 1998, 2006 ADP, LLC  All Rights Reserved.

▲ TEAR HERE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / WCG 21122873 | 01/ | 29809 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

**Earnings Statement**

ADP

Period Starting:   03/31/2018
Period Ending:     04/06/2018
Pay Date:          04/13/2018

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
  Federal:   0          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Winston G Osbourne
531 N Simpson St
Phila, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 5193.47 |
| Overtime | 14.2500 | 0.65 | 9.26 | 271.89 |
| **Gross Pay** | | | **$389.26** | $5,465.36 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -34.51 | 502.87 |
| Social Security | -24.13 | 338.85 |
| Medicare | -5.65 | 79.25 |
| Pennsylvania State Income | -11.95 | 167.80 |
| Pennsylvania State UI | -0.24 | 3.28 |
| Phila R Local Income | -15.14 | 212.63 |
| **Net Pay** | | **$297.64** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.65 | 565.76 |

| Cash Payment | | 297.64 |
|---|---|---|

Your federal taxable wages this period are  $389.26

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Pay Date:            04/13/2018

Cash Payment

THIS IS NOT A CHECK                                    297.64

Winston G Osbourne
531 N Simpson St
Phila, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7WCG 21122873 | 01/ | 29847 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

## Earnings Statement



| | |
|---|---|
| Period Starting: | 04/07/2018 |
| Period Ending: | 04/13/2018 |
| Pay Date: | 04/20/2018 |

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
Federal:   0           Federal:
State:     0           State:
Local:     0           Local:
Social Security Number:    XXX-XX-XXXX

**Winston G Osbourne**
531 N Simpson St
Phila, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 40.00 | 380.00 | 5573.47 |
| Overtime | 14.2500 | 1.10 | 15.68 | 287.57 |
| **Gross Pay** | | | **$395.68** | $5,861.04 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.10 | 606.86 |

Cash Payment                                    302.36

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -35.28 | 538.15 |
| Social Security | -24.53 | 363.38 |
| Medicare | -5.74 | 84.99 |
| Pennsylvania State Income | -12.15 | 179.95 |
| Pennsylvania State UI | -0.23 | 3.51 |
| Phila R Local Income | -15.39 | 228.02 |
| **Net Pay** | | **$302.36** |

Your federal taxable wages this period are  $395.68

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

**Pay Date:**         04/20/2018

Cash Payment

THIS IS NOT A CHECK                         302.36

Winston G Osbourne
531 N Simpson St
Phila, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / WCG 21122873 | 01/ | 29919 | 1 of 1 |

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

## Earnings Statement

**ADP**

Period Starting:    04/14/2018
Period Ending:     04/20/2018
Pay Date:            04/27/2018

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    0          Tax Override:
State:      0          Federal:
Local:      0          State:
Social Security Number:    XXX-XX-XXXX          Local:

Winston G Osbourne
531 N Simpson St
Phila, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 34.67 | 329.37 | 5902.84 |
| Overtime | | | 0.00 | 287.57 |
| **Gross Pay** | | | **$329.37** | **$6,190.41** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 34.67 | 641.53 |

Cash Payment                                           253.73

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -27.32 | 565.47 |
| Social Security | -20.43 | 383.81 |
| Medicare | -4.77 | 89.76 |
| Pennsylvania State Income | -10.11 | 190.06 |
| Pennsylvania State UI | -0.20 | 3.71 |
| Phila R Local Income | -12.81 | 240.83 |
| **Net Pay** | | **$253.73** |

Your federal taxable wages this period are  $329.37

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

Pay Date:          04/27/2018

Cash Payment

THIS IS NOT A CHECK

253.73

Winston G Osbourne
531 N Simpson St
Phila, PA 19151

© 1998, 2006, ADP, LLC. All Rights Reserved.

# Earnings Statement

ADP

COUSINS FRESH MARKET 2 INC
5429 W GIRARD AVE
PHILADELPHIA, PA 19131

| | |
|---|---|
| Period Starting: | 04/21/2018 |
| Period Ending: | 04/27/2018 |
| Pay Date: | 05/04/2018 |

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
  Federal:   0          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

**Winston G Osbourne**
**531 N Simpson St**
**Phila, PA 19151**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 36.72 | 348.84 | 6251.68 |
| Overtime | | | 0.00 | 287.57 |
| **Gross Pay** | | | **$348.84** | **$6,539.25** |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -29.66 | 595.13 |
| Social Security | | -21.62 | 405.43 |
| Medicare | | -5.06 | 94.82 |
| Pennsylvania State Income | | -10.71 | 200.77 |
| Pennsylvania State UI | | -0.21 | 3.92 |
| Phila R Local Income | | -13.57 | 254.40 |
| **Net Pay** | | **$268.01** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.72 | 678.25 |
| Cash Payment | | 268.01 |

Your federal taxable wages this period are  $348.84

TEAR HERE