Certificate Number: 12433-PAE-DE-031084797

Bankruptcy Case Number: 18-12977



12433-PAE-DE-031084797

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2018, at 4:32 o'clock PM EDT, Catherine Joseph-Osbourne completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 24, 2018            By:    /s/Lisa Susoev

                              Name:  Lisa Susoev

                              Title: Teacher