**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Catherine Joseph-Osbourne | ) | Chapter 13 |
|---|---|---|---|
| | Winston G. Osbourne | ) | |
| | Debtors | ) | No. 18-12977-JKF |
| | | ) | |
| | | ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                   /s/David M. Offen
                                   David M. Offen
                                   Attorney for Debtor

Date: 10/19/18