CASE # 18-12977 - JKF   Filed 10/24/18 Enter 10/24
22:06

RE: Co Debtor Respondent Maureen Osbourne 11/6/2018

Bk. No: 18-12977-JKF.

This is to inform you that I Maureen Osbourne, of 2625 South Dewey Street Philadelphia P.A. 19142) have no knowledge about Bankruptcy. I went through Divorce and I became the owner of 2625 South Dewey Street, P.A. 19142.

I received Home affordable modification from Greentree servicing LLC. for a period of forty years (40) and I am up to date on my mortgage payments. until Ditech Financial LLC took over. and I'm still up to date on all my payments {account # Mortgage payment. $324.96. 0037869468}

I am asking the court to consider my on the motion because I have no where else to Live. I also have a disability so I receive a limited income.

Maureen Osbourne
× 11-L-18

Phone 215-730-0679
Cell  267-216-8646



FILED
NOV - 6 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK