**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**CATHERINE JOSEPH-OSBOURNE** : BK. No. : 18-12977-jkf
A/K/A CATHERINE JOSEPH :
A/K/A CATHERINE OSBOURNE : Chapter No. 13
**WINSTON G OSBOURNE** :
       **Debtors** :
:
**DITECH FINANCIAL LLC** :
       **Movant** : 11 U.S.C. §362 & §1301
       v. :
**CATHERINE JOSEPH-OSBOURNE** :
A/K/A CATHERINE JOSEPH :
A/K/A CATHERINE OSBOURNE :
**WINSTON G OSBOURNE** :
**MAUREEN V OSBOURNE (Co-Debtor)** :
       **Respondents**

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

   **AND NOW**, this 15th day of November, 2018, at PHILADELPHIA, upon Motion of **DITECH FINANCIAL LLC** (Movant), it is:

   **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

   **ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 2625 SOUTH DEWEY STREET, PHILADELPHIA, PA 19142 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

   **ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

   **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM MILLER*R                    WINSTON G OSBOURNE
INTERIM CHAPTER 13 TRUSTEE          2625 SOUTH DEWEY STREET
2901 ST. LAWRENCE AVENUE, SUITE 100 PHILADELPHIA, PA 19142
READING, PA 19606

DAVID M. OFFEN, ESQUIRE
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106
Email: dmo160west@gmail.com

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

WINSTON G OSBOURNE
531 N. SIMPSON STREET
PHILADELPHIA, PA 19151

CATHERINE JOSEPH-OSBOURNE
A/K/A CATHERINE JOSEPH
A/K/A CATHERINE OSBOURNE
531 N. SIMPSON STREET
PHILADELPHIA, PA 19151

CATHERINE JOSEPH-OSBOURNE
A/K/A CATHERINE JOSEPH
A/K/A CATHERINE OSBOURNE
2625 SOUTH DEWEY STREET
PHILADELPHIA, PA 19142

MAUREEN V OSBOURNE
2625 SOUTH DEWEY STREET
PHILADELPHIA, PA 19142

MAUREEN V OSBOURNE
531 N. SIMPSON STREET
PHILADELPHIA, PA 19151