United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-12977-jkf
Catherine Joseph-Osbourne                                       Chapter 13
Winston G Osbourne
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1            Date Rcvd: Nov 15, 2018
                              Form ID: pdf900         Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db/jdb         +Catherine Joseph-Osbourne,   Winston G Osbourne,   531 N. Simpson Street,
                 Philadelphia, PA 19151-4024
intp           +Maureen Osbourne,   2625 South Dewey Street,   Philadelphia, PA 19142-3519
14104522       +DITECH FINANCIAL LLC,   c/o JEROME B. BLANK,   Phelan Hallinan & Schmieg LLP,
                 1617 JFK Boulevard,   Philadelphia, PA 19103-1821
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:29     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:30
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14100936       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2018 03:23:59     Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
14162809        E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2018 03:23:59     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                                TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Catherine  Joseph-Osbourne dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Winston G Osbourne dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| CATHERINE JOSEPH-OSBOURNE | : | BK. No. : 18-12977-jkf |
| A/K/A CATHERINE JOSEPH | : | |
| A/K/A CATHERINE OSBOURNE | : | Chapter No. 13 |
| WINSTON G OSBOURNE | : | |
| **Debtors** | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
| **Movant** | : | 11 U.S.C. §362 & §1301 |
| v. | : | |
| CATHERINE JOSEPH-OSBOURNE | : | |
| A/K/A CATHERINE JOSEPH | : | |
| A/K/A CATHERINE OSBOURNE | : | |
| WINSTON G OSBOURNE | : | |
| MAUREEN V OSBOURNE (Co-Debtor) | : | |
| **Respondents** | | |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

 **AND NOW**, this 15th day of November, 2018, at PHILADELPHIA, upon Motion of **DITECH FINANCIAL LLC** (Movant), it is:

 **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

 **ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 2625 SOUTH DEWEY STREET, PHILADELPHIA, PA 19142 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

 **ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

 **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE


WILLIAM MILLER*R                                WINSTON G OSBOURNE
INTERIM CHAPTER 13 TRUSTEE                      2625 SOUTH DEWEY STREET
2901 ST. LAWRENCE AVENUE, SUITE 100             PHILADELPHIA, PA 19142
READING, PA 19606

DAVID M. OFFEN, ESQUIRE
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106
Email: dmo160west@gmail.com

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

WINSTON G OSBOURNE
531 N. SIMPSON STREET
PHILADELPHIA, PA 19151

CATHERINE JOSEPH-OSBOURNE
A/K/A CATHERINE JOSEPH
A/K/A CATHERINE OSBOURNE
531 N. SIMPSON STREET
PHILADELPHIA, PA 19151

CATHERINE JOSEPH-OSBOURNE
A/K/A CATHERINE JOSEPH
A/K/A CATHERINE OSBOURNE
2625 SOUTH DEWEY STREET
PHILADELPHIA, PA 19142

MAUREEN V OSBOURNE
2625 SOUTH DEWEY STREET
PHILADELPHIA, PA 19142

MAUREEN V OSBOURNE
531 N. SIMPSON STREET
PHILADELPHIA, PA 19151