Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
### Chapter 13 Case No. 18-12977-AMC

WINSTON G  OSBOURNE  
CATHERINE  JOSEPH-OSBOURNE  
531 N SIMPSON STREET  
PHILADELPHIA PA    19151

Petition Filed Date: 05/01/2018  
341 Hearing Date: 06/15/2018  
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/08/2019 | $250.00 | 25584457577 | 02/07/2019 | $250.00 | 25433816376 | 03/07/2019 | $250.00 | 25742441081 |
| 04/09/2019 | $250.00 | 25776583503 | 05/14/2019 | $250.00 | 25776593076 | 06/25/2019 | $250.00 | 26029634038 |
| 08/05/2019 | $250.00 | 25954260952 | 08/28/2019 | $250.00 | 25954266317 | 10/01/2019 | $250.00 | 26188985250 |
| 11/01/2019 | $250.00 | 26262127293 | 01/07/2020 | $250.00 | 26262140231 | 02/19/2020 | $250.00 | 26544675835 |
| 03/03/2020 | $250.00 | 26329838218 | 03/09/2020 | $250.00 | 26544683125 | 04/03/2020 | $250.00 | 26516567755 |
| 05/01/2020 | $250.00 | 26544692057 | 06/05/2020 | $250.00 | 26710501072 | 07/01/2020 | $250.00 | 26710506483 |
| 07/29/2020 | $250.00 | 26829992136 | | | | | | |

**Total Receipts for the Period:  $4,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $952.12 | $0.00 | $952.12 |
| 5 | ALLY FINANCIAL<br>»» 005 | Secured Creditors | $8,465.44 | $1,956.64 | $6,508.80 |
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $7,334.87 | $0.00 | $7,334.87 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $2,097.95 | $0.00 | $2,097.95 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $3,553.59 | $0.00 | $3,553.59 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,057.65 | $0.00 | $4,057.65 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,868.62 | $0.00 | $4,868.62 |
| 17 | NEWREZ LLC  D/B/A<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» 010 | Unsecured Creditors | $389.62 | $0.00 | $389.62 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 006 | Unsecured Creditors | $1,874.29 | $0.00 | $1,874.29 |
| 11 | M&T BANK<br>»» 011 | Mortgage Arrears | $1,132.93 | $261.86 | $871.07 |
| 18 | M&T BANK<br>»» 018 | Unsecured Creditors | $4,490.72 | $0.00 | $4,490.72 |
| 8 | MOMA FUNDING LLC<br>»» 008 | Unsecured Creditors | $3,629.61 | $0.00 | $3,629.61 |

**Chapter 13 Case No. 18-12977-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 9 | MOMA FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,128.62 | $0.00 | $2,128.62 |
| 7 | PHFA-HEMAP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 19S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $755.60 | $0.00 | $755.60 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,376.97 | $0.00 | $1,376.97 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $266.73 | $0.00 | $266.73 |
| 19 | DAVID M OFFEN ESQUIRE<br>»» 019 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $5,718.50 | Arrearages: | $250.00 |
| Paid to Trustee: | $556.50 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $225.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.