IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Catherine Joseph-Osbourne | : | |
| Winston G Osbourne | : | No. 18-12977-AMC |
| Debtors | : | |

O R D E R

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified and the proposed Modified Plan filed on the docket shall be the new plan.

**Date: March 17, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE