| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-12977-AMC**

WINSTON G OSBOURNE
CATHERINE JOSEPH-OSBOURNE
531 N SIMPSON STREET
PHILADELPHIA PA   19151

Petition Filed Date: 05/01/2018
341 Hearing Date: 06/15/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $250.00 | 26262140231 | 02/19/2020 | $250.00 | 26544675835 | 03/03/2020 | $250.00 | 26329838218 |
| 03/09/2020 | $250.00 | 26544683125 | 04/03/2020 | $250.00 | 26516567755 | 05/01/2020 | $250.00 | 26544692057 |
| 06/05/2020 | $250.00 | 26710501072 | 07/01/2020 | $250.00 | 26710506483 | 07/29/2020 | $250.00 | 26829992136 |
| 09/09/2020 | $250.00 | 26912304077 | 10/02/2020 | $250.00 | 26948040096 | 11/03/2020 | $250.00 | 27059906024 |
| 12/01/2020 | $250.00 | 26763795922 | 01/05/2021 | $250.00 | 27071235448 | 02/03/2021 | $250.00 | 27270201227 |
| 03/10/2021 | $250.00 | 77795400771 | 04/05/2021 | $250.00 | 77795435718 | 05/07/2021 | $250.00 | |
| 06/01/2021 | $250.00 | | | | | | | |

**Total Receipts for the Period: $4,750.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $952.12 | $0.00 | $952.12 |
| 5 | ALLY FINANCIAL<br>»» 005 | Secured Creditors | $3,173.76 | $3,173.76 | $0.00 |
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $7,334.87 | $0.00 | $7,334.87 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $2,097.95 | $0.00 | $2,097.95 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $3,553.59 | $0.00 | $3,553.59 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,057.65 | $0.00 | $4,057.65 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,868.62 | $0.00 | $4,868.62 |
| 17 | NEWREZ LLC  D/B/A<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» 010 | Unsecured Creditors | $389.62 | $0.00 | $389.62 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 006 | Unsecured Creditors | $1,874.29 | $0.00 | $1,874.29 |
| 11 | COMMUNITY LOAN SERVICING LLC<br>»» 011 | Mortgage Arrears | $1,132.93 | $847.24 | $285.69 |
| 18 | M&T BANK<br>»» 018 | Unsecured Creditors | $4,490.72 | $0.00 | $4,490.72 |
| 8 | MOMA FUNDING LLC<br>»» 008 | Unsecured Creditors | $3,629.61 | $0.00 | $3,629.61 |

**Chapter 13 Case No. 18-12977-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 9 | MOMA FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,128.62 | $0.00 | $2,128.62 |
| 7 | PHFA-HEMAP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 19S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $755.60 | $0.00 | $755.60 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,376.97 | $0.00 | $1,376.97 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $266.73 | $0.00 | $266.73 |
| 19 | DAVID M OFFEN ESQUIRE<br>»» 019 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $9,000.00 | | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $7,521.00 | | Arrearages: | $0.00 |
| Paid to Trustee: | $754.00 | | Total Plan Base: | $9,750.00 |
| Funds on Hand: | $725.00 | | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.