**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Catherine Joseph-Osbourne aka Catherine Joseph aka Catherine Osbourne** <br> **Winston G. Osbourne** <br>                      **Debtor(s)** <br><br> **Community Loan Servicing, LLC, a Delaware Limited Liability Company** <br>                      **Movant** <br>      vs. <br><br> **Catherine Joseph-Osbourne aka Catherine Joseph aka Catherine Osbourne** <br> **Winston G. Osbourne** <br>                      **Debtor(s)** <br><br> **Scott Waterman Esq.**, <br>                      **Trustee** | **BK NO. 18-12977 AMC** <br><br> **Chapter 13** |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 27, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Catherine Joseph-Osbourne aka Catherine Joseph aka Catherine Osbourne
531 North Simpson Street
Philadelphia, PA 19151

Winston G. Osbourne
531 North Simpson Street
Philadelphia, PA 19151

Attorney for Debtor(s)
David M. Offen, Esq.
The Curtis Center, 601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Trustee
Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: July 27, 2021

                                              **/s/Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              Attorney I.D. 315936
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              215-825-6327
                                              rsolarz@kmllawgroup.com