United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-12977-amc
Catherine Joseph-Osbourne                                                           Chapter 13
Winston G Osbourne
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: Aug 02, 2021                       Form ID: pdf900                              Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Catherine Joseph-Osbourne, Winston G Osbourne, 531 N. Simpson Street, Philadelphia, PA 19151-4024 |
| intp | + | Maureen Osbourne, 2625 South Dewey Street, Philadelphia, PA 19142-3519 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 02 2021 23:37:08 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2021 23:37:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed
below:**

District/off: 0313-2                     User: admin                                     Page 2 of 2
Date Rcvd: Aug 02, 2021                  Form ID: pdf900                              Total Noticed: 4

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Catherine Joseph-Osbourne dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Winston G Osbourne dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| Catherine Joseph-Osbourne | ) | |
| Winston G. Osbourne | ) | 18-12977-AMC |
|    Debtors | ) | |
| | ) | |

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

**Date: August 2, 2021**

_____
DATED

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE