United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12977-amc
Catherine Joseph-Osbourne  Chapter 13
Winston G Osbourne
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Catherine Joseph-Osbourne, Winston G Osbourne, 531 N. Simpson Street, Philadelphia, PA 19151-4024 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| intp | + | Maureen Osbourne, 2625 South Dewey Street, Philadelphia, PA 19142-3519 |
| 14621374 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14100931 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 14160643 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14104522 | + | DITECH FINANCIAL LLC, c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14100936 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14162809 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14100937 | + | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 14162848 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14450578 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14628855 | + | Offic of Unemployment Compensation Tax Serv., Comm. of Pennsylvania, Dept of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925 Harrisburg, PA 17121-0751 |
| 14100941 | | Orthologix, LLC, 2655 Interplex Drive Suite 101, Feasterville Trevose, PA 19053-6947 |
| 14104963 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., Atty for M&T Bank, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14100946 | + | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-4021 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 05 2022 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 05 2022 23:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:40:54 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14100930 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2022 23:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14108082 | | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN |

Case 18-12977-amc   Doc 73   Filed 01/07/22   Entered 01/08/22 00:31:31   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14249254 | | Email/Text: megan.harper@phila.gov | Jan 05 2022 23:39:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 55113-0004 |
| 14100932 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2022 23:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 14100933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 23:38:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14126786 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 23:51:15 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14100950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 23:51:15 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14262773 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 23:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14106530 | | Email/Text: mrdiscen@discover.com | Jan 05 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14100934 | + | Email/Text: mrdiscen@discover.com | Jan 05 2022 23:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14100938 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2022 23:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14100939 | | Email/Text: camanagement@mtb.com | Jan 05 2022 23:38:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14128853 | | Email/Text: camanagement@mtb.com | Jan 05 2022 23:38:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14123941 | | Email/Text: blegal@phfa.org | Jan 05 2022 23:38:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14100943 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 23:40:50 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14161601 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 23:40:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14100945 | | Email/Text: signed.order@pfwattorneys.com | Jan 05 2022 23:38:00 | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14100942 | + | Email/Text: blegal@phfa.org | Jan 05 2022 23:38:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14125536 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14160432 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 23:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14101602 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:40:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14100947 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:40:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14100948 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:40:54 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14100949 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:40:54 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14105597 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 23:40:54 | T Mobile/T-Mobile USA Inc, by American |

Case 18-12977-amc    Doc 73    Filed 01/07/22    Entered 01/08/22 00:31:31    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| 14100951 | Email/Text: megan.harper@phila.gov  Jan 05 2022 23:39:00 | InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901  Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
|---|---|---|

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |
| 14599429 | | Community Loan Servicing,, LLC |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14100935 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14109476 | *+ | Internal Revenue Service, P O Box 7346, Philadelphia Pa 19101-7346 |
| 14100940 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14100944 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14100929 | ##+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Catherine Joseph-Osbourne dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Winston G Osbourne dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 46 |

ECFMail@ReadingCh13.com

THOMAS SONG

on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| WINSTON G OSBOURNE | |
| CATHERINE JOSEPH-OSBOURNE | Bankruptcy No. 18-12977-AMC |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 5, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE