18-12977
WINSTON OSBOURNE

531 N. Simpson Street,
Philadelphia PA. 19151.
September 28, 2022.

U.S. Bankruptcy Court.
900 Market St. #400
Philadelphia PA. 19107

DEAR SIR / MADAM.

Did at any time you sent my Bankruptcy information to any are all of the three Credit. Transunion, Equifax and Experian Credit Bureau.

Looking forward to your most early and favourable reply.

Respectfully yours.

Winston G. Osbourne

FILED
OCT - 4 2022
TIMOTHY McGRATH, CLERK