| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's  Office<br>Telephone<br>(215) 408-2800<br>Divisional Office<br>201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |

October 4, 2022

Winston G. Osbourne

531 N. Simpson Street

Philadelphia, PA 19151

Re: 18-12977AMC

Dear  Mr. Osbourne ,

This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath

Clerk of Court

BY: <u>Antoinette S.</u>

   Deputy Clerk