United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-12977-amc
Catherine Joseph-Osbourne  Chapter 13
Winston G Osbourne
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Oct 05, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Winston G Osbourne, 531 N. Simpson Street, Philadelphia, PA 19151-4024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

**Name**     **Email Address**

DAVID M. OFFEN
    on behalf of Joint Debtor Winston G Osbourne dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
    on behalf of Debtor Catherine Joseph-Osbourne dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JEROME B. BLANK
    on behalf of Creditor DITECH FINANCIAL LLC jblank@avallonelaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 05, 2022 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA  19107-4299 | Clerk's  Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br> 201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |

October 4, 2022

Winston G. Osbourne

531 N. Simpson Street

Philadelphia, PA 19151


 Re: 18-12977AMC

Dear  Mr. Osbourne ,

   This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath

Clerk of Court


BY: <u>Antoinette S.</u>

       Deputy Clerk